UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

v.

DONUS R. SROUFE,

    Defendant.

CRIMINAL ACTION
NO. 1:11-CR-311-CAP-AJB

**O R D E R**

This action is currently before the court on the Magistrate Judge's report and recommendation [Doc. No. 37]. There are no objections thereto. Having carefully considered the report and recommendation, and the record as whole, the court receives the report and recommendation [Doc. No. 37] with approval and ADOPTS it as the opinion and order of this court.

SO ORDERED, this 20th day of September, 2012.

/s/ Charles A. Pannell, Jr.
CHARLES A. PANNELL, JR.
United States District Judge